COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       RSM Production Corporation and Jack Grynberg v. Global Petroleum Group, Ltd, Tricon Geophysics, Inc., Seabird Exploration Americas, Inc., and Blackwater Subsea, LLC

Appellate case number:     01-19-00474-CV

Trial court case number:   2013-74337

Trial court:               189th District Court of Harris County

Appellants, RSM Production Corporation and Jack Grynberg, have filed a Motion to Abate the Briefing Deadlines until the district clerk files a supplemental clerk's record. Appellants state in their motion that they requested a supplemental clerk's record from the district clerk contemporaneously with their motion to abate filed in this Court. Appellants' motion to abate is DENIED.

Appellants' brief remains due on October 25, 2019. *See* TEX. R. APP. P. 38.6(a). If appellants need additional time to file their brief because of their request for a supplemental clerk's record, they may file a motion to extend time under Rule 38.6(d). *See* TEX. R. APP. P. 38.6(d). All motions filed in this Court shall comply with Rule 10.1(a)(5), which requires motions to "contain or be accompanied by a certificate stating that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion." *See* TEX. R. APP. P. 10.1(a)(5) (emphasis added).

It is so ORDERED.


Judge's signature: ____/s/ Evelyn V. Keyes_____
                       ☑ Acting individually     ☐ Acting for the Court


Date: ____October 17, 2019_____